# United States District Court
## for the Northern District of Oklahoma

Case No. 26-cv-571-JDR-SH

RORY B. RICE,

*Plaintiff*,

*versus*

CITY OF PAWNEE,

*Defendant*.

## OPINION AND ORDER

Plaintiff Rory Rice filed a complaint against Defendant, the City of Pawnee, for violations of the Americans with Disabilities Act. Dkt 1. After doing so, he moved for leave to proceed in forma pauperis. Dkt. 2. In reliance upon the representations and information in the motion and supporting affidavit, Mr. Rice is permitted to file and maintain this action to conclusion without prepayment of fees and costs. The motion to proceed in forma pauperis is granted.

Nevertheless, the Court holds that this action should be dismissed. Under 28 U.S.C. § 1915, this Court may dismiss a case "at any time" if it determines the operative pleading fails to state a claim for relief. *E.g., West v. Meta Platforms, Inc.*, No. 1:26-cv-00116-HCN-PK, 2026 WL 2216130, at *1 (D. Utah July 29, 2026) (recognizing that a pro se plaintiff must identify what the defendant did, when the defendant did it, and how the defendant's actions harmed the plaintiff). Mr. Rice's complaint asserts, in conclusory fashion, that the City terminated his employment after he notified the City of a medical condition and requested an accommodation, but he does not provide

the facts that, if true, would demonstrate that he is disabled for purposes of the ADA, that he can perform the essential functions of his job with or without reasonable accommodation, or that he was fired because of his disability. *See Lowe v. Angelo's Italian Foods, Inc.*, 87 F.3d 1170, 1173 (10th Cir. 1996). Although Mr. Rice appears pro se, he bears "the burden of alleging sufficient facts on which a recognized legal claim could be based." *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991). Because Mr. Rice's complaint lacks the necessary factual allegations, the Court dismisses his complaint.

Mr. Rice may file an amended complaint on or before October 28, 2026. If Mr. Rice does not file an amended complaint by that date, the Court will enter a final judgment in favor of the City and against Mr. Rice.

DATED this 24th day of September 2026.

JOHN D. RUSSELL
*United States District Judge*